UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00403-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TRAVIS LADON FULTON ) | |

Upon motion of the United States, it is hereby ORDERED that the above-referenced case be sealed until further action is requested from the Government.

This the __18th__ day of __December__, 2017.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE